Mr. Justice Doris is of the opinion that the petition for writ of certiorari should not be granted.

Motion of defendant to reconsider denied by order No. 75-176 dated July 2, 1975. Mr. Justice Paolino did not participate. *Julius C. Michaelson,* Attorney General, *Albert E. DeRobbio,* Asst. Attorney General, *Donald Nasif, Judith Romney Wegner,* Special Asst. Attorneys General, for petitioner. *John Tramonti, Jr.,* for respondent.

C. A. No. 73-111. STATE *v.* WILLIAM MURPHY. Motion of State to clarify the record is denied as being moot. *Julius C. Michaelson,* Attorney General, *John Austin Murphy,* Special Asst. Attorney General, for plaintiff. *Bevilacqua & Cicilline, John F. Cicilline,* for defendant.

C. A. No. 73-252. STATE *v.* DANIEL L. MALOOF *et al.* Motion of State for oral argument with reference to the awarding of counsel fees is granted, and the matter is assigned to July 7, 1975 for oral argument. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *John Tramonti, Jr., Joseph A. Capineri, Moore, Virgadamo, Boyle & Lynch, Ltd., Francis J. Boyle, Corcoran, Peckham & Hayes, Joseph T. Houlihan, Paul F. Murray, Joseph J. Nicholson,* for defendants.

C. A. No. 74-293. STATE *ex rel.* ROBERT E. RICCI *v.* ROBERT G. GOTTSCHALK. Motion of State to affirm the order of the Superior Court pursuant to Rule 16 (g) is denied. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

APPEAL No. 75-56. MATTHEW RYAN *et ux. v.* LINDA YOUNG FONSECA. Motion of plaintiff to continue visitation rights pending appeal is denied. The defendant's motion for extension of time in which to file a reply brief is granted, and the time is extended to July 7, 1975. *Ralph D. Morrison,* for plain-